124 A.3d 735

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Stephen D. WILEY, Appellee.**

Supreme Court of Pennsylvania.

Oct. 27, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of October, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).